| | |
|---|---|
| 1 | Diana M. Torres (S.B.N. 162284) |
| 2 | diana.torres@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 3 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 4 | Telephone: (213) 680-8400 |
| 5 | Counsel applying for admission *pro hac vice*: |
| 6 | Dale M. Cendali |
|   | dale.cendali@kirkland.com |
| 7 | Claudia Ray |
|   | claudia.ray@kirkland.com |
| 8 | Jay P. Lefkowitz |
|   | lefkowitz@kirkland.com |
| 9 | KIRKLAND & ELLIS LLP |
| 10 | 601 Lexington Avenue |
|    | New York, New York 10022 |
| 11 | Telephone: (212) 446-4800 |
| 12 | Attorneys for Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PONDEROSA TWINS PLUS ONE, RICKY SPICER, individually and on behalf of all others similarly situated, | ) CASE NO.: 3:16-cv-05648-MEJ </br> ) </br> ) </br> ) **STIPULATION AND [PROPOSED]** </br> ) **ORDER RE STAY OF FURTHER** </br> ) **PROCEEDINGS** |
| Plaintiff, | |
| vs. | |
| IHEARTMEDIA, INC., SPOTIFY USA INC., GOOGLE INC., APPLE INC., PANDORA MEDIA, INC., SONY INTERACTIVE ENTERTAINMENT, LLC (f/k/a SONY COMPUTER ENTERTAINMENT INC.), DEEZER, INC. AND SOUNDCLOUD, INC., | |
| Defendants. | |

---

**STIPULATION AND [PROPOSED] ORDER RE**
**STAY OF FURTHER PROCEEDINGS**                              **CASE NO. 3:16-cv-05648-MEJ**

1   WHEREAS, Plaintiffs Ponderosa Twins Plus One and Ricky Spicer (collectively,
2   "Plaintiffs") initiated the above-captioned matter in the Southern District of California on September
3   7, 2016;
4   WHEREAS, on October 5, 2016 the above-captioned matter was transferred to the Northern
5   District of California at Plaintiff's request[1];
6   WHEREAS, on October 5, 2016, the Parties entered a stipulation extending the time for
7   Defendants iHEARTMEDIA, INC., Spotify USA Inc., Google Inc., Apple Inc., Pandora Media, Inc.,
8   Deezer, Inc. and SoundCloud, Inc. (together with Sony Interactive Entertainment, LLC (f/k/a/ Sony
9   Computer Entertainment Inc.[2]) (collectively, the "Defendants," and collectively, the Defendants and
10  Plaintiffs, the "Parties") to answer, move, or otherwise respond to Plaintiff's Complaint to October
11  28, 2016 (Dkt. No. 19);
12  WHEREAS, Plaintiffs allege various claims against Defendants in their Complaint under
13  California common and statutory law, including that Defendants violate common law and California
14  Civil Code § 980(a)(2) by engaging in the unauthorized public performance, reproduction, and
15  distribution of sound recordings allegedly owned by Plaintiffs that were fixed (i.e., recorded) prior to
16  February 15, 1972 ("Pre-1972 Sound Recordings"), which Defendants deny; and
17  WHEREAS, numerous parallel cases are pending in other federal district courts involving
18  substantially similar questions under California and other state laws, *see, e.g.*, *In re iHeartMedia*
19  *Pre-1972 Sound Recording Litigation*, No. 2:15-cv-04067-PSG-GJSx (C.D. Cal.); *Sheridan v. Sirius*
20  *XM Radio, Inc.*, No. 3:15-cv-04081-VC (N.D. Cal.); *Ponderosa Twins Plus One v. iHeartMedia,*
21  *Inc.*, No. 1:16-cv-00953-PAE (S.D.N.Y.); *Sheridan v. Sirius XM Radio, Inc.*, No. 15-cv-07576-
22  WHW-CLW (D.N.J.); *ABS Entm't, Inc. v. CBS Corp.*, No. 1:15-cv-06801-JGK (S.D.N.Y.);
23  *Sheridan v. iHeartMedia, Inc.*, No. 15-cv-07574-WHW-CLW (D.N.J.); *Sheridan v. Sirius XM*

---

[1] In entering this stipulation, Defendants do not consent to personal jurisdiction or agree that venue is proper in this District.

[2] In entering this stipulation, Defendant Sony Interactive Entertainment, LLC (f/k/a/ Sony Computer Entertainment Inc.) reserves its position that it was neither properly named nor served in this this case, but, if it had been properly named and served, would have until and including October 28, 2016, to respond to Plaintiffs' complaint.

1

**STIPULATION AND [PROPOSED] ORDER RE
STAY OF FURTHER PROCEEDINGS**                                             **CASE NO. 3:16-cv-05648-MEJ**

*Radio, Inc.*, No. 1:15-cv-07056-GHW (S.D.N.Y.); *Sheridan v. iHeartMedia, Inc.*, No. 1:15-cv-06747-GBD (S.D.N.Y.); *ABS Entm't, Inc. v. iHeartMedia, Inc.*, No. 1:15-cv-06807-ALC (S.D.N.Y.); *ABS Entm't, Inc. v. Cumulus Media Inc.*, No. 1:15-cv-06806-PKC (S.D.N.Y.);

WHEREAS, a case involving, *inter alia*, the question of whether broadcasting published Pre-1972 Sound Recordings requires royalty payments under the California Civil Code § 980 and California common law currently is on appeal before the United States Court of Appeals for the Ninth Circuit in *Flo &Eddie, Inc. v. Pandora Media, Inc.*, Case, No. 15-55287 (9th Cir., filed Feb. 24, 2015) ("*Flo & Eddie*");

WHEREAS, other cases pending in federal district courts involving these and substantially similar questions under California and other state laws have been stayed pending the resolution of *Flo & Eddie* in the Ninth Circuit and/or similar issues concerning New York law, *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 15-1164 (2d Cir.), and Florida law, *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 15-13100 (11th Cir.), *see, e.g.*, *Sheridan v. Sirius XM Radio, Inc. et. al.*, No. 3:15-cv-04081, Dkt. No. 32 (N.D. Cal. Oct. 28, 2015) (stayed pending outcome of *Flo & Eddie*); *Ponderosa Twins Plus One et al. v. iHeartMedia Inc. et al.*, No. 16-cv-00953, Dkt. No. 57 (S.D.N.Y. May 3, 2016) (stayed pending outcome of Case No. 15-1164); *Sheridan v. iHeartMedia, Inc.*, No. 15-cv-07574, Dkt. No. 26 (D.N.J. March 15, 2016) (stayed pending outcome of *Flo & Eddie*, Case No. 15-1164, and Case No. No. 15-13100);

WHEREAS, the Parties believe that a stay is appropriate because the Ninth Circuit's decision in *Flo & Eddie* regarding whether California Civil Code § 980 requires royalty payments for broadcasting published Pre-1972 Sound Recordings is likely to be dispositive of many, if not all, of the issues presented in the above-captioned matter, *see Stark v. Wickard*, 321 U.S. 288, 310–11 (1944) ("If numerous parallel cases are filed, the courts have . . . authority to stay . . . until the determination of a test case."); *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1979) (district courts "may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case");

1     WHEREAS, the Parties have not requested or stipulated to any stays or extensions other than the stipulation described above extending the time to answer, move or respond to Plaintiff's Complaint;

    WHEREAS, a stay would toll all deadlines in the above-captioned matter; and

    WHEREAS, pursuant to Local Rule 5-1(i), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the Order of the Court:

    1.    All proceedings in the above-captioned matter shall be stayed pending the issuance of a final order in *Flo & Eddie*.

    2.    Within thirty days of the issuance of a final order in *Flo & Eddie*, the Parties shall file a joint status report apprising the Court of how the Parties wish to proceed.

Dated: October 20, 2016                                   Respectfully submitted,

                                                                KIRKLAND & ELLIS LLP

                                                                 /s/  *Diana M. Torres*_____
                                                                 Attorney for Defendant Apple Inc.
                                                                Email: diana.torres@kirkland.com

                                (SIGNATURE BLOCKS ON FOLLOWING PAGES)

| | |
|---|---|
| *[signature]*<br>Jennifer Liakos<br>Hunter J. Shkolnik (Pro Hac Vice Pending)<br>Paul J. Napoli (Pro Hac Vice Pending)<br>Paul B. Maslo (Pro Hac Vice Pending)<br>Salvatore C. Badala (Pro Hac Vice Pending)<br>**NAPOLI SHKOLNIK PLLC**<br>525 South Douglas Street, Suite 260<br>El Segundo, CA 90245<br>Telephone: (310) 31-8224<br>Fax: (646) 843-7603<br>Email: jliakos@napolilaw.com<br>Email: hunter@napolilaw.com<br>Email: pnapoli@napolilaw.com<br>Email: pmaslo@napolilaw.com<br>Email: sbadala@napolilaw.com<br><br>Brittany Weiner (Pro Hac Vice Pending)<br>Imbesi Law P.C.<br>450 Seventh Avenue, Suite 1408<br>New York, New York 10123<br>(212) 736-0007<br>Email: Brittany@lawicm.com<br><br>*Counsel for Plaintiffs* | */s/Ian C. Ballon*<br>Ian C. Ballon (SBN 141819)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, 19th Floor<br>Los Angeles, CA 90067-2121<br>Tel:    310-586-7700<br>Fax:    310-586-7800<br>Email:  Ballon@gtlaw.com<br><br>*Attorneys for Defendants Deezer, Inc. and SoundCloud, Inc.* |
| */s/Michael H. Rubin*<br>Michael H. Rubin<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: mrubin@wsgr.com<br><br>*Counsel for Defendants Spotify USA Inc. and Google Inc.* | */s/Joseph Petersen*<br>Joseph Petersen (SBN 304597)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-326-2400<br>Facsimile: 650 644 0570<br>Email: jpetersen@kilpatricktownsend.com<br><br>*Counsel for Sony Interactive Entertainment Network America LLC (wrongly sued herein as Sony Interactive Entertainment, LLC (f/k/a Sony Computer Entertainment Inc.))* |

*/s/Andrew M. Gass*
Andrew M. Gass (SBN 259694)
James K. Lynch (SBN 178600)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-391-0600
Email: andrew.gass@lw.com
Email: jim.lynch@lw.com

*Counsel for Defendants iHeartMedia, Inc. and Pandora Media, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 21, 2016

Honorable Maria-Elena James
United States District Court Magistrate Judge

# CERTIFICATE OF SERVICE

On October 20, 2016, a true and correct copy of the foregoing were served to all Counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d).

☒ FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 20, 2016, in Los Angeles, California.

*/s/ Diana M. Torres*
Diana M. Torres