UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# GENERAL ORDER FOR PENDING CIVIL CASES
# BEFORE JUDGE VINCE CHHABRIA

You are receiving this order because you have a civil case pending before Judge Chhabria. Because of the pandemic, the scheduling of civil matters going forward remains highly uncertain. Although the case management calendar and the civil motion calendar are currently moving forward via Zoom, it is unclear when trials will resume. And even when trials resume, priority will be given to the backlog of criminal cases. Unless you are willing to consent to a bench trial by Zoom, you cannot count on your civil case going to trial any time soon.

Accordingly, this is a good time for the parties to initiate or renew an exploration of possible settlement or some other form of alternative dispute resolution. To that end, the parties are instructed to meet and confer within 28 days of the date of this Order to discuss the prospect of case resolution and by that date to file a "Joint Report re ADR," not to exceed five pages, discussing the overall status of the case, explaining whether the case is a candidate for settlement, and indicating whether the parties need assistance from a magistrate judge or the Court's ADR program. Counsel for the parties are required to show this order to their clients, and to certify in the joint report that they've done so.

**IT IS SO ORDERED.**

Dated: July 28, 2020

_____
VINCE CHHABRIA
United States District Judge