UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PONDEROSA TWINS PLUS ONE, RICKY SPICER, individually and on behalf of all others similarly situated,

          Plaintiffs,

- against -

DEEZER, INC. AND SOUNDCLOUD, INC.,

          Defendants.

Case No. 16-cv-5648 (VC)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant SoundCloud Inc. that the above-captioned action should be dismissed with prejudice, without costs, as to Defendant SoundCloud, Inc. *only.*

Dated: August 7, 2020

For Plaintiffs:

Salvatore Badala, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Road
Melville, NY 11747
sbadala@napolilaw.com

For Defendant SoundCloud, Inc.

Ian C. Ballon
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
ballon@gtlaw.com